IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEDAY KATAOKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES,, STATE OF NEBRASKA, SARPY COUNTY DISTRICT COURT,  and DARLA WIESER-ZUMM, | ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HEDAY KATAOKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3072 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, DARLA WIESER-ZUMM,  and STATE OF NEBRASKA, | ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that, in the interest of judicial economy, the above related cases are reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 28th day of March, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge