IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEDAY KATAOKA, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3071 |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH AND ) | ORDER |
| HUMAN SERVICES,, STATE OF ) | |
| NEBRASKA, SARPY COUNTY ) | |
| DISTRICT COURT, and DARLA ) | |
| WIESER-ZUMM, ) | |
| ) | |
| Defendants. ) | |

The Clerk's Office has requested that Document Number 3 be stricken from the record for the following reason(s):

- The case is no longer assigned to a magistrate judge as the presider.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 3 from the record.

DATED this 29th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge