IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEDAY KATAOKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3071 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES,, STATE OF NEBRASKA, SARPY COUNTY DISTRICT COURT, and DARLA WIESER-ZUMM, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 3 be stricken from the record for the following reason(s):

- The case is no longer assigned to a magistrate judge as the presider.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 3 from the record.

DATED this 29th day of March, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge