```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HEDAY KATAOKA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3071 |
| | ) | |
| v. | ) | |
| | ) | |
| DARLA WIESER-ZUMM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Having been advised by defendant's counsel that no opposition to plaintiff's motion to continue will be filed,

IT IS ORDERED:

Plaintiff's motion to continue, filing 24, is granted, and

1. Trial of this matter is continued to 9:00 a.m., October 30, 2007 for a duration of two days before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The pretrial conference is continued to October 2, 2007 at 11:00 a.m. in the chambers of the undersigned, Room 566, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 21st day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge