IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HEDAY KATAOKA,               )
                                   )
            Plaintiff,     )               4:06CV3071
                                   )
        v.               )
                                   )
DARLA WIESER-ZUMM,      )             ORDER
                                   )
            Defendant.     )
                                   )

IT IS ORDERED:

Plaintiff's motion to dismiss, filing 27, is granted and this matter is dismissed with prejudice.

DATED this 1st day of October, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge